IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE DALLAS MORNING NEWS, INC., § <br> Plaintiff, § <br> § <br> vs. § <br> § CASE NO. 3:21 cv-1512-K <br> HOLLY STARKS and SEOTECH.DEV, LLC, § <br> Defendants § <br> § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure, Plaintiff The Dallas Morning News, Inc. (hereinafter referred to as "Plaintiff") files this Notice of Dismissal with Prejudice, as follows:

1. The matters alleged in the Complaint in this case have been resolved, and there is no further need for prosecution of this case.

2. This Notice of Dismissal is being filed before the Defendants have served either an answer or a motion for summary judgment, and Plaintiff acknowledges that no party in this case is a prevailing party under 17 U.S.C. § 505.

WHEREFORE, Plaintiff requests that this case be dismissed, with prejudice, with Plaintiff bearing its own costs and attorney's fees.

Respectfully submitted,

*/s/ Laura Lee Prather*
Laura Lee Prather
laura.prather@haynesboone.com
Texas Bar No. 16234200
**HAYNES AND BOONE, LLP**
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

Thomas J. Williams
thomas.williams@haynesboone.com
Texas Bar No. 21578500
**HAYNES AND BOONE, LLP**
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650

**ATTORNEYS FOR PLAINTIFF**